KRISTIN A. LINSLEY, SBN 154148
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 393-8395
Facsimile: (415) 374-8471
klinsley@gibsondunn.com

BRADLEY J. HAMBURGER, SBN 266916
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7658
Facsimile: (213) 229-6658
bhamburger@gibsondunn.com

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE (SF-00015), <br><br> Plaintiffs, <br><br> v. <br><br> SALESFORCE, INC., and DOES 1-10, <br><br> Defendants. | CASE NO. 2:26-CV-03771-MCS-KES <br><br> **RESPONSE OF DEFENDANT SALESFORCE, INC. TO ORDER TO SHOW CAUSE** <br><br> Judge: Hon. Mark C. Scarsi <br><br> Date Action Filed: April 9, 2026 |

Gibson, Dunn &
Crutcher LLP

Salesforce, Inc. respectfully responds to the Court's Order to Show Cause ("OSC") regarding a possible transfer of this case and other actions to the Northern District of California. Plaintiff has filed a response indicating that she does not oppose transfer.

Salesforce supports the proposed transfer. As the Court noted, the convenience and fairness factors all point to the Northern District, where Salesforce is headquartered and has its principal place of business and where the relevant evidence relating to Salesforce is located. The material events underlying Plaintiffs' claims—including the negotiation, approval, execution, and processing of the relevant software subscription agreement and all payments and renewals—occurred through Salesforce's San Francisco headquarters. And, as the Court noted, the Northern District has an active docket of TVPRA cases raising substantively similar claims, so coordinated litigation there would promote judicial economy and reduce the risk of inconsistent rulings.

For these reasons, Defendant supports the transfer proposed by the Court's OSC.

DATED: May 28, 2026

KRISTIN A. LINSLEY
GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Kristin A. Linsley*
Kristin A. Linsley

Attorneys for Defendant
SALESFORCE, INC.