ACCO,(KESx),CLOSED,DISCOVERY,MANADR,RELATED–G,TRANSFERRED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:26–cv–03771–MCS–KES

| | |
|---|---|
| Jane Doe (SF–00015) v. Salesforce, Inc. | Date Filed: 04/09/2026 |
| Assigned to: Judge Mark C. Scarsi | Date Terminated: 05/29/2026 |
| Referred to: Magistrate Judge Karen E. Scott | Jury Demand: Plaintiff |
| Related Case:  2:26–cv–03471–MCS–KES | Nature of Suit: 360 P.I.: Other |
| Cause: 28:1331 Fed. Question: Personal Injury | Jurisdiction: Federal Question |

**Plaintiff**

**Jane Doe**
*(SF–00015)*

represented by **Mark D Potter**
Potter Handy LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
415–534–1911
Fax: 888–442–5191
Email: ServeHT@potterhandy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cara P. Townsend**
Potter Handy LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
415–534–1911
Email: CaraT@potterhandy.com
*ATTORNEY TO BE NOTICED*

**Naomi Butler**
Potter Handy LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
415–534–1911
Email: ServeHT@potterhandy.com
*ATTORNEY TO BE NOTICED*

**Russell C Handy**
Center for Disability Access
100 Pine Street Suite 1250
San Francisco, CA 94111
858–375–7385
Fax: 888–422–5191
Email: russ@potterhandy.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Salesforce, Inc.**

represented by **Bradley Joseph Hamburger**

Gibson, Dunn and Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
213–229–7658
Email: bhamburger@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Kristin A Linsley**
Gibson, Dunn and Crutcher LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111–3715
415–393–8395
Fax: 415–374–8471
Email: klinsley@gibsondunn.com
*ATTORNEY TO BE NOTICED*

## Defendant

**Does**
*1 through 10*

Email All AttorneysEmail All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 04/09/2026 | Ï 1 | COMPLAINT Receipt No: ACACDC–41955487 – Fee: $405, filed by plaintiff Jane Doe (SF–00015). (Attorney Mark D Potter added to party Jane Doe (SF–00015)(pty:pla))(Potter, Mark) (Entered: 04/09/2026) |
| 04/09/2026 | Ï 2 | CIVIL COVER SHEET filed by Plaintiff Jane Doe (SF–00015). (Potter, Mark) (Entered: 04/09/2026) |
| 04/09/2026 | Ï 3 | Request for Clerk to Issue Summons on Civil Cover Sheet (CV–71) 2 , Complaint (Attorney Civil Case Opening) 1 filed by plaintiff Jane Doe (SF–00015). (Potter, Mark) (Entered: 04/09/2026) |
| 04/09/2026 | Ï 4 | APPLICATION for Relief from to proceed by Pseudonym re Civil Cover Sheet (CV–71) 2 , Complaint (Attorney Civil Case Opening) 1 filed by plaintiff Jane Doe (SF–00015). (Attachments: # 1 Proposed Order) (Potter, Mark) (Entered: 04/09/2026) |
| 04/09/2026 | Ï 5 | Notice of Appearance or Withdrawal of Counsel: for attorney Mark D Potter counsel for Plaintiff Jane Doe (SF–00015). Filed by plaintiff Jane Doe (SF–00015). (Potter, Mark) (Entered: 04/09/2026) |
| 04/09/2026 | Ï 6 | Notice of Appearance or Withdrawal of Counsel: for attorney Naomi Butler counsel for Plaintiff Jane Doe (SF–00015). Filed by plaintiff Jane Doe (SF–00015). (Attorney Naomi Butler added to party Jane Doe (SF–00015)(pty:pla))(Butler, Naomi) (Entered: 04/09/2026) |
| 04/09/2026 | Ï 7 | Notice of Appearance or Withdrawal of Counsel: for attorney Russell C Handy counsel for Plaintiff Jane Doe (SF–00015). Filed by plaintiff Jane Doe (SF–00015). (Attorney Russell C Handy added to party Jane Doe (SF–00015)(pty:pla))(Handy, Russell) (Entered: 04/09/2026) |
| 04/09/2026 | Ï 8 | Notice of Appearance or Withdrawal of Counsel: for attorney Cara P. Townsend counsel for Plaintiff Jane Doe (SF–00015). Filed by plaintiff Jane Doe (SF–00015). (Attorney Cara P. Townsend added to party Jane Doe (SF–00015)(pty:pla))(Townsend, Cara) (Entered: 04/09/2026) |
| 04/20/2026 | Ï 9 | NOTICE OF ASSIGNMENT to District Judge George H. Wu and Magistrate Judge Alka Sagar. (mza) (Entered: 04/20/2026) |

| 04/20/2026 | 10 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed. (mza) (Entered: 04/20/2026) |
|---|---|---|
| 04/20/2026 | 11 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (mza) (Entered: 04/20/2026) |
| 04/20/2026 | 12 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant Salesforce, Inc.. (mza) (Entered: 04/20/2026) |
| 04/20/2026 | 13 | NOTICE OF DEFICIENCIES in Attorney Case Opening RE: Complaint (Attorney Civil Case Opening) 1 . The following error(s) was found: No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every partys first appearance. See Local Rule 7.1–1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7. (mza) (Entered: 04/20/2026) |
| 04/20/2026 | 14 | DECLINED STATEMENT OF CONSENT TO PROCEED before the assigned Magistrate Judge filed by Plaintiff Jane Doe. (Butler, Naomi) (Entered: 04/20/2026) |
| 04/21/2026 | 15 | STANDING ORDER RE FINAL PRE–TRIAL CONFERENCES FOR CIVIL JURY TRIALS BEFORE JUDGE GEORGE H. WU by Judge George H Wu. You are instructed to read and to follow (unless otherwise superseded herein) the Central District of California Local Rules (henceforth "Local Rules") 16–1 through 16–15 regarding pre–trial requirements. (See document for further details). (aco) (Entered: 04/21/2026) |
| 04/21/2026 | 16 | ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED BY PSEUDONYM by Judge George H Wu. IT IS HEREBY ORDERED: 1. Plaintiff's Application to Proceed by Pseudonym is GRANTED. 2. Plaintiff may proceed in this action under the pseudonym "Jane Doe (SF–00015)". 3. Plaintiff's true name shall be disclosed to Defendants pursuant to a protective order or as otherwise ordered by the Court. 4. All public filings in this action shall refer to Plaintiff as "Jane Doe (SF–00015)". 5. Any document containing Plaintiff's true name or identifying information shall be filed under seal in compliance with Local Rule 79–5 of the Central District of California, including submission of an application establishing good cause or compelling reasons, as applicable. (See document for further details).; granting 4 APPLICATION for Relief. (aco) (Entered: 04/22/2026) |
| 04/29/2026 | 17 | CERTIFICATE of Interested Parties filed by plaintiff Jane Doe, (Potter, Mark) (Entered: 04/29/2026) |
| 05/05/2026 | 18 | WAIVER OF SERVICE Returned Executed filed by plaintiff Jane Doe. upon Does waiver sent by Plaintiff on 5/1/2026, answer due 6/30/2026; Salesforce, Inc. waiver sent by Plaintiff on 5/1/2026, answer due 6/30/2026. Waiver of Service signed by Kristin A. Linsley. (Potter, Mark) (Entered: 05/05/2026) |
| 05/11/2026 | 19 | ORDER RE TRANSFER PURSUANT to this Court's General Order in the Matter of Assignment of Cases and Duties to the District Judges. Related Case– filed. Related Case No: 2:26–cv–03471–MCS–KESx. Case transferred from Magistrate Judge Alka Sagar and Judge George H Wu to Judge Mark C. Scarsi and Magistrate Judge Karen E. Scott for all further proceedings. The case number will now reflect the initials of the transferee Judge 2:26–cv–03771–MCS–KESx. Signed by Judge Mark C. Scarsi. (lh) (Entered: 05/11/2026) |
| 05/12/2026 | 20 | INITIAL STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE MARK C. SCARSI upon filing of the complaint by Judge Mark C. Scarsi. (smo) (Entered: 05/12/2026) |
| 05/18/2026 | 21 | MINUTE ORDER IN CHAMBERS by Judge Mark C. Scarsi: ORDER TO SHOW CAUSE RE TRANSFER. The Court orders the parties to show cause why these cases should not be transferred to the United States District Court for the Northern District of California. Each plaintiff shall respond to this order to show cause in writing within seven days. Salesforce shall file its written |

| | | |
|---|---|---|
| | | response to the order to show cause within seven days of the filing of each plaintiff's response, or within seven days after being served or waiving service, whichever is later. Failure to file a timely and adequate response will be deemed consent to transfer. In any case in which service has not been completed or waived, the plaintiff shall provide this Order with the summons and complaint. In any case in which service has been completed or waived, the plaintiff shall serve this Order on Salesforce, which may be completed by mail or email to the counsel who apparently will represent Salesforce in these cases, Kristin A. Linsley of Gibson Dunn & Crutcher LLP. (lc) (Entered: 05/19/2026) |
| 05/21/2026 | Ï 22 | RESPONSE filed by Plaintiff Jane Doeto Minutes of In Chambers Order/Directive – no proceeding held,,,, 21 (Townsend, Cara) (Entered: 05/21/2026) |
| 05/28/2026 | Ï 23 | Notice of Appearance or Withdrawal of Counsel: for attorney Kristin A Linsley counsel for Defendant Salesforce, Inc.. Adding Kristin A. Linsley as counsel of record for Salesforce, Inc. for the reason indicated in the G–123 Notice. Filed by Defendant Salesforce, Inc.. (Attorney Kristin A Linsley added to party Salesforce, Inc.(pty:dft))(Linsley, Kristin) (Entered: 05/28/2026) |
| 05/28/2026 | Ï 24 | Notice of Appearance or Withdrawal of Counsel: for attorney Bradley Joseph Hamburger counsel for Defendant Salesforce, Inc.. Adding Bradley J. Hamburger as counsel of record for Salesforce, Inc. for the reason indicated in the G–123 Notice. Filed by Defendant Salesforce, Inc.. (Attorney Bradley Joseph Hamburger added to party Salesforce, Inc.(pty:dft))(Hamburger, Bradley) (Entered: 05/28/2026) |
| 05/28/2026 | Ï 25 | RESPONSE filed by Defendant Salesforce, Inc.to Minutes of In Chambers Order/Directive – no proceeding held,,,, 21 / Response of Defendant Salesforce, Inc. to Order to Show Cause (Linsley, Kristin) (Entered: 05/28/2026) |
| 05/29/2026 | Ï 26 | MINUTE ORDER IN CHAMBERS by Judge Mark C. Scarsi: TRANSFER ORDER. The Court ordered the parties to show cause why these cases should not be transferred to the United States District Court for the Northern District of California under 28 U.S.C. § 1404(a). The plaintiffs filed responses indicating they do not oppose transfer, and Defendant filed responses in support of transfer. For the reasons articulated in the order to show cause, the Court determines that considerations of convenience and fairness would favor litigating these cases in the Northern District, where they originally could have been brought The Court transfers the cases to the United States District Court for the Northern District of California. The Court defers to the transferee court to resolve any pending motions or applications. The Court directs the Clerk to effect the transfers immediately, terminate any open motions or applications in this district, and close the cases in this district (Made JS–6. Case Terminated.) (Entire Case electronically Transferred on 5/29/2026. (lc) (Entered: 05/29/2026) |