UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE (SF-00015),<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SALESFORCE INC.,<br><br>　　　　　Defendant. | Case No.  26-cv-05298-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Judge Jon S. Tigar for consideration of whether the case is related to *A.A. v. Salesforce, Inc.*, 4:26-cv-01531-JST.

**IT IS SO ORDERED.**

Dated: June 18, 2026



WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California