**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

A stipulation to relate cases and *Sua Sponte* Judicial Referrals for Purpose of Determining Relationship (Civil L.R. 3-12) have been filed.  The time for filing an opposition or statement of support has passed.  As the judge assigned to case

26-cv-01531-JST
A.A. v. Salesforce, Inc.

I find that the more recently filed cases that I have initialed below are related to the case assigned to me, and such cases shall be reassigned to me.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 26-cv-05298-WHO | Doe (SF-00015) v. Salesforce, Inc. | JST | |
| 26-cv-05301-JD | Doe (SF-00017) v. Salesforce, Inc. | JST | |
| 26-cv-05302-HSG | Doe (SF-00018) v. Salesforce, Inc. | JST | |
| 26-cv-05304-WHO | Doe (SF-00026) v. Salesforce, Inc. | JST | |
| 26-cv-05306-TLT | Doe (SF-00025) v. Salesforce, Inc. | JST | |
| 26-cv-05314-JD | Doe (SF-00019) v. Salesforce, Inc. | JST | |
| 26-cv-05322-TLT | Doe (SF-00023) v. Salesforce, Inc. | JST | |

**ORDER**

The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number.  Any case management conference in any reassigned case will be rescheduled by the Court.  The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated:  June 24, 2026                    By: _____
                                                     Jon S. Tigar
                                                     United States District Judge